UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:18-MJ-1046-BO

UNITED STATES OF AMERICA

    Vs.                                                    ORDER

JAMES CASTELLOE,

        Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to him at 631 Wakelon Road, Windsor NC 27983.

SO ORDERED.

Aug 23, 2018

_Terence Boyle_
United States District Court Judge